FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

2020 DEC 16 PM 2: 16

OFFICE OF THE CLERK

| UNITED STATES OF AMERICA, | 8:20CR 327 |
|---|---|
| Plaintiff, | |
| vs. | INDICTMENT |
| XINYU ZHOU, YUAN GAO, and ARIAN ESFANDIARI | 18 U.S.C. § 1951 18 U.S.C. § 2 |
| Defendants. | |

The Grand Jury charges that

## COUNT I

That at all times material to this Indictment Victim #1, a person known to the grand jury, was engaged in illegal commercial prostitution, in interstate commerce and affecting interstate commerce.

That on or about December 14, 2020 and December 15, 2020, in the District of Nebraska, and elsewhere, defendants, XINYU ZHOU, YUAN GAO, and ARIAN ESFANDIARI, did attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendants did unlawfully attempt to take and obtain personal property consisting of United States currency, said currency being in part the proceeds of commercial sex acts, and a cellular telephone, from the person of Victim #1, against Victim #1's will by means of actual and threatened force, violence, and fear of injury, immediate and future, to Victim #1's person, that is, by the defendants intending to threaten to harm, and intending to actually harm, Victim #1 with a hammer and by physically restraining Victim #1.

1

All in violation of Title 18, United States Code, Section 1951 and Section 2.

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

DONALD J. KLEINE, #22669
Assistant U.S. Attorney